IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

PRECISION FRANCHISING LLC, )
)
      Plaintiff, )
)
v. ) Civil Action No. 1:12-cv-922
)
ANAS KHALID, )
)
      Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated April 12, 2013, in response to Plaintiff's Motion for Default Judgment. The Defendant has not filed an objection, and the time for filing such an objection has lapsed. Based upon on a de novo review of the evidence in this case, this Court affirms the findings and recommendations of the Magistrate Judge. It is hereby

ORDERED that default judgment is entered in favor of Precision Franchising LLC and against Anas Khalid on Counts I, II, III, and IV of the Complaint; It is

FURTHER ORDERED that judgment is entered in favor of Plaintiff in the amount of $40,031.78 for breach of contract; It is

FURTHER ORDERED the Defendant is enjoined from using or registering Precision Tune Marks and Trade Dress.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
July 25, 2013